# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARON LEWIS

VERSUS

LOUISIANA STATE UNIVERSITY, ET AL

NO.  2024 CW 0413

**JULY 8, 2024**

---

In Re:   Sharon Lewis, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 708082.

---

BEFORE:   **WOLFE, HESTER, AND MILLER, JJ.**

**WRIT NOT CONSIDERED.** Relator has improperly requested supervisory review of multiple orders in a single writ application. Although there is no explicit statutory prohibition against challenging multiple orders in a single writ application, the Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 and 4-5(C) refer only to the "ruling . . . at issue" and the "ruling complained of." Therefore, we decline to consider multiple judgments in a single writ application. See **Succession of Burgo**, 2019-0612 (La. App. 1st Cir. 8/5/19), 2019 WL 3574213 (unpublished).

The writ application also does not include a copy of the court minutes from the February 21, 2024 and March 27, 2024 contradictory hearings, nor does it include the exhibits attached to the parties' filings related to the motions at issue in this writ application. See Rule 4-5(C)(8) & (10), Uniform Rules of Louisiana Courts of Appeal. This court also requires a transcript of the February 21, 2024 and March 27, 2024 contradictory hearings and any evidence introduced during the hearings.

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 4-9 and 2-18.7, Uniform Rules of Louisiana Courts of Appeal.

In the event relator seeks to file new applications with this court, such applications must contain all pertinent documentation and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new applications must be filed on or before August 9, 2024, and must contain a copy of this ruling.

**EW**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT